

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:           01-16-00420-CV

Style:                  Texas Education Agency

                        v. S.E.H.

Date motion filed*:     May 25, 2016

Type of motion:         Motion to Restyle Case

Party filing motion:    Appellee

Document to be filed:

If motion to extend time:

    Original due date:

    Number of previous extensions granted:          Current Due date:

    Date Requested:

Ordered that motion is:

    ☑       **Granted**

        If document is to be filed, document due:

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐       Denied

    ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐       Other: _____

  **The Clerk of this Court is directed to style this appeal Texas Department of Education v. S.E.H.**


Judge's signature:   /s/ Russell Lloyd
                   ☑ Acting individually       ☐ Acting for the Court

Panel consists of   _____

Date:  June 2, 2016